UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ORNELAS,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. H. TATE, M.D., et al.,<br><br>          Defendants. | Case No.: 1:13-cv-00224-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT<br>(ECF Nos. 1, 8, 9)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Ernesto Ornelas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on February 13, 2013. (ECF No. 1.) On June 3, 2013, Plaintiff filed a document entitled "Supplemental Pleading in addition to 1983 civil complaint." In the "supplemental pleading," Plaintiff asserts a claim based on a denial of a waist chain chrono. (ECF No. 8.) On March 24, 2014, Plaintiff filed a document entitled "Supplemental Pleading under Federal Rules of Civil Procedure 15(d)." In this second supplemental pleading, Plaintiff asserts that he underwent a medical x-ray demonstrating injuries to the cervical spine. Plaintiff also submits a "supplemental exhibit." (ECF No. 9.)

Plaintiff submitted his supplemental pleadings pursuant to Federal Rule of Civil Procedure 15(d). Under Rule 15(d), "the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading

to be supplemented." Fed. R. Civ. P. 15(d).  At this juncture, the Court declines to allow the filing of a supplemental pleading and supplemental exhibit pursuant to Rule 15(d).  Instead, the Court construes Plaintiff's supplemental pleadings as a request for leave to amend his original complaint pursuant to Rule 15(a).

Plaintiff is granted leave to file a first amended complaint.  If Plaintiff amends, he is required to file a first amended complaint that is complete within itself without reference to any other pleadings.  Lacey v. Maricopa County, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc); Local Rule 220.  In other words, Plaintiff should file an amended complaint that sets forth all of his claims in a single pleading.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for leave to amend is GRANTED;

2. If Plaintiff wishes to file a first amended complaint, he must file one document setting forth all of his claims within thirty (30) days after service of this order; and

3. The Clerk's Office shall send Plaintiff a blank complaint form.

IT IS SO ORDERED.

Dated:   **April 17, 2014**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE