# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ORNELAS,<br><br>    Plaintiff,<br><br>   v.<br><br>CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | 1:13-cv-00224-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF FIRST AMENDED COMPLAINT AND DIRECTING CLERK OF COURT TO MAIL PLAINTIFF A COPY OF HIS FIRST AMENDED COMPLAINT FILED ON MAY 21, 2014<br><br>(ECF Nos. 11, 13) |

    Plaintiff Ernesto Ornelas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 23, 2014, the Court dismissed Plaintiff's first amended complaint and granted him leave to file a second amended complaint within thirty days. (ECF No. 10.) Plaintiff's second amended complaint is due on or before June 25, 2014.

    On June 5, 2014, Plaintiff filed the instant motion requesting that the Court provide him a copy of his first amended complaint to help him prepare his second amended complaint. (ECF No. 13.) Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. The Court will make an exception in this one instance and will direct the Clerk's Office to provide a copy of the original complaint at no charge. However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff and that it is his responsibility to maintain copies of all documents submitted to the Court for filing.

1

1 Accordingly, it is HEREBY ORDERED that the Clerk's Office shall mail a copy of the
2 first amended complaint, filed May 21, 2014, to Plaintiff.
3 IT IS SO ORDERED.

Dated: **June 9, 2014**         /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE